Simpson Real Estate Corporation, Appellant, *v.* Firemen's Insurance Company.

Argued January 14, 1958. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, JONES and COHEN, JJ.

*C. H. Welles, 3rd,* with him *Welles & Mackie,* for appellant.

*Thomas Raeburn White, Jr.,* with him *John W. Bour, Thomas Raeburn White, O'Malley, Morgan, Bour & Gallagher,* and *White, Williams & Scott,* for appellees.

OPINION PER CURIAM, March 26, 1958:

This is a companion case to Cleland Simpson, Appellant v. Firemen's Insurance Company, 392 Pa. 67.

The judgment of the Court of Common Pleas of Lackawanna County is affirmed on the opinion of Judge HOBAN, reported in 11 Pa. D. & C. 2d 613.

Mr. Justice MUSMANNO dissents in this case for the same reasons given in his dissenting opinion in the companion case of *Simpson v. Firemen's Insurance Company,* 392 Pa. 67.